# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Favro, Gary L. | U.S. District Court, Northern District of New York | 08/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Part Time | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

14 Durkee Street, Suite 360
Plattsburgh, New York 12901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Offices of Gary L. Favro PLLC | Sole Member |
| 2. | CVPH Medical Center | Advisory Board Member |
| 3. | Glens Falls National Bank and Trust Company | Advisory Board Member |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Law Offices of Gary L. Favro PLLC | $446,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Plattsburgh City School District - wages - teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. District Court, Northern District of New York | Monthly | 14 Durkee Street, Plattsburgh, NY 12901 | Telephone | $60.00 +/- Monthly (less than $720.00 per year) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Office Building Plattsburgh NY, Clinton County | E | Rent | M | W | | | | | |
| 2. Trust 1 GFNB Money Purchase Retirement Plan | | | | | | | | | |
| 3. Black Rock Liq FD Treasury | A | Dividend | K | T | | 12/31/17 | | | |
| 4. | A | Dividend | | T | Buy | 01/03/17 | J | | |
| 5. | A | Dividend | | T | Buy | 01/04/17 | J | | |
| 6. | A | Dividend | | T | Buy | 01/23/17 | J | | |
| 7. | A | Dividend | | T | Buy | 02/01/17 | J | | |
| 8. | A | Dividend | | T | Buy | 02/02/17 | J | | |
| 9. | A | Dividend | | T | Buy | 03/01/17 | J | | |
| 10. | A | Dividend | | T | Buy | 03/02/17 | J | | |
| 11. | A | Dividend | | T | Buy | 03/23/17 | J | | |
| 12. | A | Dividend | | T | Sold | 03/24/17 | J | A | |
| 13. | A | Dividend | | T | Buy | 03/27/17 | J | | |
| 14. | A | Dividend | | T | Sold | 03/28/17 | J | A | |
| 15. | A | Dividend | | T | Buy | 03/30/17 | J | | |
| 16. | A | Dividend | | T | Buy | 04/03/17 | J | | |
| 17. | A | Dividend | | T | Buy | 04/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | | T | Buy | 04/05/17 | J | | |
| 19. | A | Dividend | | T | Buy | 04/13/17 | K | | |
| 20. | A | Dividend | | T | Sold | 04/18/17 | K | A | |
| 21. | A | Dividend | | T | Sold | 04/20/17 | J | A | |
| 22. | A | Dividend | | T | Buy | 05/01/17 | J | | |
| 23. | A | Dividend | | T | Buy | 05/02/17 | J | | |
| 24. | A | Dividend | | T | Buy | 05/03/17 | J | | |
| 25. | A | Dividend | | T | Sold | 05/04/17 | J | A | |
| 26. | A | Dividend | | T | Buy | 06/01/17 | J | | |
| 27. | A | Dividend | | T | Buy | 06/02/17 | J | | |
| 28. | A | Dividend | | T | Buy | 06/05/17 | J | | |
| 29. | A | Dividend | | T | Buy | 06/07/17 | J | | |
| 30. | A | Dividend | | T | Buy | 06/08/17 | K | | |
| 31. | A | Dividend | | T | Sold | 06/13/17 | J | A | |
| 32. | A | Dividend | | T | Buy | 06/22/17 | J | | |
| 33. | A | Dividend | | T | Buy | 06/26/17 | J | | |
| 34. | A | Dividend | | T | Buy | 06/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Dividend | | T | Buy | 06/30/17 | J | | |
| 36. | A | Dividend | | T | Buy | 07/03/17 | J | | |
| 37. | A | Dividend | | T | Buy | 07/05/17 | J | | |
| 38. | A | Dividend | | T | Buy | 08/01/17 | J | | |
| 39. | A | Dividend | | T | Buy | 08/02/17 | J | | |
| 40. | A | Dividend | | T | Sold | 08/02/17 | J | A | |
| 41. | A | Dividend | | T | Buy | 08/09/17 | J | | |
| 42. | A | Dividend | | T | Buy | 09/01/17 | J | | |
| 43. | A | Dividend | | T | Buy | 09/05/17 | J | | |
| 44. | A | Dividend | | T | Buy | 09/21/17 | J | | |
| 45. | A | Dividend | | T | Buy | 09/25/17 | J | | |
| 46. | A | Dividend | | T | Buy | 09/28/17 | J | | |
| 47. | A | Dividend | | T | Buy | 10/02/17 | J | | |
| 48. | A | Dividend | | T | Buy | 10/03/17 | J | | |
| 49. | A | Dividend | | T | Sold | 10/24/17 | K | A | |
| 50. | A | Dividend | | T | Buy | 11/01/17 | J | | |
| 51. | A | Dividend | | T | Buy | 11/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | T | Buy | 12/01/17 | J | | |
| 53. | A | Dividend | | T | Buy | 12/04/17 | J | | |
| 54. | A | Dividend | | T | Buy | 12/12/17 | J | | |
| 55. | A | Dividend | | T | Buy | 12/13/17 | K | | |
| 56. | A | Dividend | | T | Buy | 12/21/17 | J | | |
| 57. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 58. | A | Dividend | | T | Buy | 12/26/17 | J | | |
| 59. | A | Dividend | | T | | 12/27/17 | J | | |
| 60. Vanguard Div. Growth - IV | | | | | | | | | |
| 61. | A | | | T | Sold | 01/23/17 | K | A | |
| 62. Dodge & Cox Stock Fund | A | Dividend | K | T | | 12/31/17 | | | |
| 63. | A | Dividend | | T | Buy | 01/23/17 | K | | |
| 64. | A | Dividend | | T | Buy | 03/24/17 | K | | |
| 65. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 66. | A | Dividend | | T | Buy | 06/08/17 | J | | |
| 67. | A | Dividend | | T | Sold | 08/08/17 | K | A | |
| 68. | A | Dividend | | T | Sold | 10/24/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 70.    Pimco Low Duration Fund-Inst. | A | Dividend | K | T | | 12/31/17 | | | |
| 71. | A | Dividend | | T | Sold | 03/24/17 | J | A | |
| 72. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 73. | A | Dividend | | T | Buy | 06/08/17 | J | | |
| 74. | A | Dividend | | T | Buy | 08/08/17 | K | | |
| 75. | A | Dividend | | T | Sold | 10/24/17 | K | A | |
| 76. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 77.    North Country Intm Bond Fund | A | Dividend | M | T | | 12/31/17 | | | |
| 78. | A | Dividend | | T | Sold | 03/24/17 | M | A | |
| 79. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 80. | A | Dividend | | T | Buy | 06/08/17 | J | | |
| 81. | A | Dividend | | T | Buy | 08/08/17 | M | | |
| 82. | A | Dividend | | T | Buy | 10/24/17 | J | | |
| 83. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 84.    Vanguard Reit Index Fund-Adm | A | Dividend | K | T | | 12/31/17 | | | |
| 85. | A | Dividend | | T | Sold | 03/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 87. | A | Dividend | | T | Buy | 08/08/17 | J | | |
| 88. | A | Dividend | | T | Buy | 10/24/17 | J | | |
| 89. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 90. | A | Dividend | | T | Buy | 06/08/17 | J | | |
| 91. Nuveen Preferred Securit - I | A | Dividend | K | T | | 12/31/17 | | | |
| 92. | A | Dividend | | T | Sold | 03/24/17 | | A | |
| 93. | A | Dividend | | T | Buy | 04/18/17 | | | |
| 94. | A | Dividend | | T | Buy | 06/08/17 | | | |
| 95. | A | Dividend | | T | Buy | 08/08/17 | | | |
| 96. | A | Dividend | | T | Buy | 10/24/17 | | | |
| 97. | A | Dividend | | T | Buy | 12/22/17 | | | |
| 98. Fidelity Overseas Fund | A | Dividend | K | T | | 12/31/17 | | | |
| 99. | A | Dividend | | T | Buy | 03/24/17 | J | | |
| 100. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 101. | A | Dividend | | T | Buy | 06/05/17 | J | | |
| 102. | A | Dividend | | T | Buy | 06/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | | T | Sold | 08/08/17 | J | A | |
| 104. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 105. Vanguard Small Cap Index-Adm | A | Dividend | K | T | | 12/31/17 | | | |
| 106. | A | Dividend | | T | Buy | 03/24/17 | J | | |
| 107. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 108. | A | Dividend | | T | Buy | 06/08/17 | J | | |
| 109. | A | Dividend | | T | Sold | 08/08/17 | J | A | |
| 110. | A | Dividend | | T | Sold | 12/22/17 | J | A | |
| 111. Vanguard Mid-Cap Index-Adm | A | Dividend | M | T | | 12/31/17 | | | |
| 112. | A | Dividend | | T | Buy | 03/24/17 | K | | |
| 113. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 114. | A | Dividend | | T | Sold | 06/05/17 | J | | |
| 115. | A | Dividend | | T | Sold | 06/30/17 | J | A | |
| 116. | A | Dividend | | T | Sold | 08/08/17 | K | A | |
| 117. | A | Dividend | | T | Sold | 12/22/17 | J | A | |
| 118. Vanguard 500 Index Fund-Adm | A | Dividend | M | T | | 12/31/17 | | | |
| 119. | A | Dividend | | T | Buy | 03/24/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Dividend | | T | Buy | 04/18/17 | J | | |
| 121. | A | Dividend | | T | Sold | 05/05/17 | J | A | |
| 122. | A | Dividend | | T | Sold | 06/05/17 | J | A | |
| 123. | A | Dividend | | T | Buy | 06/30/17 | J | | |
| 124. | A | Dividend | | T | Sold | 08/08/17 | K | A | |
| 125. | A | Dividend | | T | Sold | 12/22/17 | J | A | |
| 126.   North County Equity Growth Fund | A | Dividend | | T | | 12/31/17 | | | |
| 127. | A | Dividend | | T | Buy | 03/24/17 | K | | |
| 128. | A | Dividend | | T | Buy | 04/18/17 | K | | |
| 129. | A | Dividend | | T | Sold | 06/08/17 | K | A | |
| 130. | A | Dividend | | T | Sold | 06/30/17 | J | A | |
| 131. | A | Dividend | | T | Sold | 08/08/17 | K | A | |
| 132. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 133.   I Shares MSCI Emerging Mkt Etf | A | Dividend | K | T | | 12/31/17 | | | |
| 134. | A | Dividend | | T | Buy | 03/28/17 | J | | |
| 135. | A | Dividend | | T | Buy | 04/20/17 | J | | |
| 136. | A | Dividend | | T | Sold | 06/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Dividend | | T | Sold | 08/09/17 | J | A | |
| 138. I Shares MSCI All Country Asia | A | Dividend | J | T | | 12/31/17 | | | |
| 139. | A | Dividend | | T | Buy | 05/04/17 | J | | |
| 140. | A | Dividend | | T | Buy | 06/13/17 | J | | |
| 141. | A | Dividend | | T | Sold | 08/09/17 | J | A | |
| 142. Western Asset Core BD Fund - S | A | Dividend | K | T | | 12/31/17 | | | |
| 143. | A | Dividend | | T | Buy | 10/24/17 | | | |
| 144. | A | Dividend | | T | Buy | 12/22/17 | | | |
| 145. GS-Intl Eqt Insights - Inst. | A | Dividend | K | T | | 12/31/17 | | | |
| 146. | A | Dividend | | T | Buy | 10/24/17 | K | | |
| 147. | A | Dividend | | T | Buy | 12/22/17 | J | | |
| 148. MetLife Universal Life Ins. Policy | B | Dividend | M | T | | | | | |
| 149. GFNB Bank Accounts | D | Interest | O | T | | | | | |
| 150. DFCU IRA & Share accounts | A | Interest | M | T | | | | | |
| 151. Trust 2 HR-10 Keogh Reitrement Plan Lincoln Trust | | | | | | | | | |
| 152. Southern Co. | A | Dividend | L | T | | | | | |
| 153. The Investment Center Inc. | D | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Prudential Premier Retirement Variable series B Annuity **see 106-109 | E | Dividend | N | T | | | | | |
| 155. **AST Advanced Strategies Portfolio | | | | | | | | | |
| 156. **AST Prudential Growth Allocation | | | | | | | | | |
| 157. **AST Schroders Global Tactical Portfolio | | | | | | | | | |
| 158. **AST T. Rowe Price Asset | | | | | | | | | |
| 159. Pacific Life Pacific Voyages Annuity BR Global Allocation | D | Dividend | M | T | | | | | |
| 160. Columbia Property Trust Inc. | A | Dividend | K | T | | | | | |
| 161. Inventrust Properties (from Inland America American Real Estate Inc.) | A | Dividend | J | T | | | | | |
| 162. Community Bank | A | Interest | J | T | | | | | |
| 163. NBT Bank | A | Interest | K | T | | | | | |
| 164. Dannemora Federal Credit Union | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A: Compensation from law practice for legal services rendered to various clients before payment of taxes and pension contribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gary L. Favro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544